## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Suryanarayan Halaharvi                              CASE NO. 10-40865

     Debtor.                ORDER

_____

   This case came before the court on the motion of US Bank National Association, seeking

relief from the stay imposed by 11 U.S.C. § 362.   Based upon the files and records,

   IT IS ORDERED:

   1.  The movant, its assignees and successors in interest, are granted relief from the

stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 28,

2005, executed by Suryanarayan Reddy Halaharvi and Larae Ann Halaharvi, husband and wife,

recorded on June 02, 2005, as Document No. 1975625.026, covering real estate located in Anoka

County, Minnesota, legally described as:

       Lot 11, Block 1, Broken Oaks

and may pursue its remedies under state law in connection with the mortgage deed.

   2.  Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective

immediately.

Dated: April 22, 2010                               /e/ Robert J. Kressel
                                                    ROBERT J. KRESSEL
                                                    UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/22/2010
Lori Vosejpka, Clerk, by LMH